KLINE BROTHERS & COMPANY, Respondent, *v.* THE GERMAN UNION FIRE INSURANCE COMPANY OF BALTIMORE, Appellant.

*Kline Brothers & Co.* v. *German Union Fire Ins. Co.*, 147 App. Div. 790, affirmed.
(Submitted December 9, 1913; decided December 30, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department,

entered December 6, 1911, affirming a judgment in favor of plaintiff entered upon a verdict in an action upon a policy of fire insurance.

*Arnold L. Davis* and *N. Raymond Heater* for appellant.

*Frederick M. Czaki* and *Marion Erwin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., WERNER, HISCOCK, CHASE, COLLIN, CUDDEBACK and HOGAN, JJ.